# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>SINSAY R. DAVIS,<br><br>                         Defendant. | Case No. 22-CR-123-2-JPS<br><br>**ORDER** |

On June 7, 2022, the grand jury returned a nine-count Indictment, in which Defendant was charged with eight offenses, including violations of 18 U.S.C. §§ 922(g)(1), 924(a)(2), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2119(1), 2315, and 2(a). ECF No. 1. On February 15, 2023, the parties filed a plea agreement indicating that Defendant intended plead guilty to Counts One, Three, Four, Five, and Six of the Indictment. ECF No. 30 at 2–3. The plea agreement further indicated the Government would move to dismiss the remaining counts as to Defendant at the time of sentencing. *Id.* at 4.

The parties appeared before Magistrate Judge William E. Duffin on March 17, 2023 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 33. Defendant entered a plea of guilty as to Counts One, Three, Four, Five, and Six of the Indictment. *Id.* at 1. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Duffin determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id.*

On March 20, 2023, Magistrate Judge Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 34. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation, ECF No. 34, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 4th day of April, 2023.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge